UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Crim. No. 03-230 |
| v. | : | Hon. Katharine S. Hayden |
| FABIAN MARTINEZ | : | **ORDER** |

A motion to terminate defendant's period of supervised release having been filed in this matter; the United States of America (by Andrew Kogan, Assistant United States Attorney, appearing) having opposed the motion; the Court having considered the submissions of the parties; and for good cause shown;

It is on this 11th day of June 2012

ORDERED that, after considering the factors set forth in 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and in light of the fact that defendant has not presented the Court with changed or extraordinary circumstances, the motion to terminate defendant's period of supervised release is hereby DENIED.

KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE